# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER D. DYCUS,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 08-00727-KD-N** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 626(b)(1)(B) and dated September 9, 2009 is **ADOPTED** as the opinion of this Court and the decision of the Commissioner of Social Security denying Plaintiff's benefits is **AFFIRMED.**

**DONE** and **ORDERED** this the **19th** day of **October 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**